**Order entered September 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00854-CV

**HALLIBURTON ENERGY SERVICES, INC., Appellant**

**V.**

**AXIS TECHNOLOGIES, LLC, ET AL., Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-00267-D**

## ORDER

We **GRANT** the September 19, 2013 unopposed motion of nonresident attorney, Bryan A. Fuller, for admission *pro hac vice*. We **DIRECT** the Clerk of this Court to add Bryan A. Fuller as counsel *pro hac vice*.

/s/ DAVID LEWIS
JUSTICE